UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELIQUE ELLISON,

        Plaintiff,

                              Case No. 16-13865

vs.                            HON. GEORGE CARAM STEEH

ROBIN JENNINGS, et al,

        Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE (DOC. 7)

Plaintiff filed a complaint on October 31, 2016. (Doc. 1). An amended complaint was filed on November 22, 2016. (Doc. 2). Plaintiff has not since filed any proofs of service or motions.

On January 31, 2017, the Court entered an Order to Show Cause to Plaintiff, response due by February 21, 2017, why this action should not be dismissed for lack of prosecution pursuant to E.D. Mich Local Rule 41.2. (Doc. 4).

Plaintiff filed a response on February 15, 2017, requesting the Court to prosecute all defendants in this case. (Doc. 5, 6). This response does not show good cause. The Court does not prosecute. It is plaintiff's

responsibility to proceed with their civil claims. Plaintiff has not shown any evidence or intent to proceed with their claims. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.

Dated: March 1, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 1, 2017, by electronic and/or ordinary mail and also on Angelique Ellison, 13501 Burton, Oak Park, MI 48237.

s/Barbara Radke
Deputy Clerk

---